UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

AGROPEX INTERNATIONAL, INC.

    Plaintiff,

v.                                          Case No. 1:19-cv-01232-JMC

ACCESS WORLD (USA) LLC

    Defendant.

_____/

## ACCESS WORLD (USA) LLC'S CORPORATE DISCLOSURE STATEMENT AND CERTIFICATE OF INTERESTED PARTIES

Pursuant to Federal Rule of Civil Procedure 7.1, District of Maryland Local Rule 103(3), and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualifications or recusal, the undersigned counsel for Access World (USA) LLC (a private non-governmental party) certifies that the sole member is Glencore USA LLC. The sole member of Glencore USA LLC is Glencore Ltd. The ultimate beneficial owner is Glencore plc, a publicly held entity.

Further, pursuant to Local Rule 103(3)(b), Access World discloses all corporations, unincorporated associations, partnerships, or other business entities, not a party to this case, which may have any financial interest whatsoever in the outcome of the litigation as follows:

1. Glencore USA LLC.
2. Glencore Ltd.
3. Glencore plc.

Dated: September 6, 2019                            Respectfully submitted,

                                                                   **SPECTOR RUBIN, P.A.**

                                         By:    */s/ Andrew Spector*
                                                      Andrew R. Spector, Esq.

*Admitted Pro Hac Vice* (Bar No. 810803)
3250 Mary Street, Suite 405
Miami, Florida 33133
Tel: 305.537.2000
Fax: 305.537.2001
andrew.spector@spectorrubin.com

**-**and**-**

**SEMMES BROWN & SEMMES, P.C.**

Thomas V. McCarron, Esq.
25 S. Charles Street, Suite 1400
Baltimore, Maryland 21201
Tel: 410.539.5040
Fax: 410.539.5223
tmccarron@semmes.com

**Counsel for Access World (USA) LLC**

## CERTIFICATE OF SERVICE

I do hereby certify that on September 6, 2019, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all participating counsel of record.

**SPECTOR RUBIN, P.A.**

By: */s/ Andrew Spector*
Andrew R. Spector, Esq.

2